12 A.3d 206

IN THE MATTER OF ANTHONY L. VELASQUEZ, AN
ATTORNEY AT LAW (ATTORNEY NO. 021651997).

February 15, 2011.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 10–245, concluding that **ANTHONY L. VELASQUEZ** of **HAMILTON TOWNSHIP,** who was admitted to the bar of this State in 1998, should be reprimanded for violating *RPC* 8.4(b) (conduct that adversely reflects on an attorney's honesty, trustworthiness or fitness as a lawyer), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and *RPC* 8.4(d) (conduct prejudicial to the administration of justice), and good cause appearing;

It is ORDERED that **ANTHONY L. VELASQUEZ** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.